**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| HUMBERTO NAJERA and ) | |
| A-1 AUTO SALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:14-CV-207 |
| ) | |
| S.A.M. INSURANCE SERVICES and ) | |
| AMERICAN SERVICE INSURANCE ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John E. Martin, filed on August 6, 2015 (DE #29). Judge Martin has recommended that this matter be dismissed because Plaintiffs, Humberto Najera and A-1 Auto Sales, have displayed continuous contumacious conduct as described more fully in the body of the Report and Recommendation. In essence, Plaintiffs have disregarded and failed to comply with this Court's orders despite repeated warnings of possible sanctions. The Report and Recommendation itself explains that the failure to file a timely objection to its contents will result in the waiver of the right to challenge it before this Court or the Court of Appeals. No party has filed an objection to date, and the time period for doing so has passed.

Therefore, upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation (DE #29). Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**DATED: August 25, 2015**           /s/RUDY LOZANO, Judge
                                    **United States District Court**